**FILED**

**2008 Aug 06 AM 10:03**

CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 02-41616 |
| | ) | |
| **WILFRED IRIZARRY,** | ) | |
| | ) | |
|     Debtor. | ) | ADV. PRO. NO.: 08-04121 |
| ********************************** | ) | |
| **WILFRED IRIZARRY,** | ) | **JUDGE KAY WOODS** |
| | ) | **CHAPTER 13** |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ALLTEL COMMUNICATIONS, INC.'S** |
| | ) | **MOTION TO DISMISS** |
| **AFNI, INC., et al.** | ) | |
| | ) | |
|     Defendants. | ) | |

    Pursuant to Fed. R. Civ. P. 12(b)(6) and Bankr. R. 7012 defendant Alltel Communications, Inc. ("Alltel") moves to dismiss plaintiff Wilfred Irizarry's ("Plaintiff's") Complaint for failure to state a claim. As set forth in the accompanying memorandum in support, Alltel did not attempt to collect any debt from Plaintiff and no private right of action exists for the alleged violation of 11 U.S.C. § 524. Accordingly, Plaintiff's claims fail as a matter of law.

                          Respectfully submitted,

                          /s/ Gregory R. Farkas
                          John F. Kostelnik        (0014919)
                          Gregory R. Farkas      (0069109)
                          FRANTZ WARD LLP
                          2500 Key Center
                          127 Public Square
                          Cleveland, OH 44114-1230
                          216-515-1660 – Telephone
                          216-515-1650 – Facsimile
                          jkostelnik@frantzward.com
                          gfarkas@frantzward.com

                          Attorneys for Defendant,
                          Alltel Communications, LLC

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 6thday of August, 2008, a copy of the foregoing Motion to Dismiss and Memorandum in Support was filed electronically with the Federal Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Gregory R. Farkas
One of the Attorneys for Defendant
Alltel Communications, Inc.