# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 02-41616 |
| | ) | |
| **WILFRED IRIZARRY,** | ) | |
| | ) | |
|     Debtor. | ) | ADV. PRO. NO.: 08-04121 |
| ********************************* | ) | |
| **WILFRED IRIZARRY,** | ) | **JUDGE KAY WOODS** |
| | ) | **CHAPTER 13** |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATED NOTICE OF DISMISSAL** |
| | ) | **OF CLAIMS WI TH PREJUDICE** |
| **AFNI, INC., et al.** | ) | |
| | ) | |
|     Defendants. | ) | |

Plaintiff Wilfred Irizarry's ("Plaintiff's") claims against defendants Alltel Communications, Inc. ("Alltel") and Afni, Inc. ("Afni") having been settled, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Bank. R. 7041 Plaintiff hereby dismisses his claims WITH PREJUDICE, each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Philip D. Zuzolo | /s/ Gregory R. Farkas |
| Philip D. Zuzolo   (0081865) | John F. Kostelnik   (0014919) |
| 700 Youngstown Warren | Gregory R. Farkas   (0069109) |
| Niles, OH 44446 | FRANTZ WARD LLP |
| 330-652-1609 – Telephone | 2500 Key Center |
| Lawyers@zuzolo.com | 127 Public Square |
| | Cleveland, OH 44114-1230 |
| Robert A. Ciotola   (0012487) | 216-515-1660 – Telephone |
| ROBERT A. CIOTOLA CO., L.P.A. | 216-515-1650 – Facsimile |
| 4590 Boardman-Canfield Rd. | jkostelnik@frantzward.com |
| Canfield, OH 44406 | gfarkas@frantzward.com |
| 330-533-8885 – Telephone | |
| 330-533-9820 – Facsimile | Attorneys for Defendant, |
| raciotola@aol.com | Alltel Communications, LLC |

Attorneys for Plaintiff

/s/ Boyd W. Gentry
Jeffrey C. Turner         (0063154)
Boyd W. Gentry           (0071057)
SURDYK, DOWD & TURNER CO., L.P.A.
1 Prestige Place, Suite 700
Miamisburg, OH  45342
937-222-2333 – Telephone
937-222-1970 – Facsimile
jturner@sdtlawyers.com
bgentry@sdtlawyers.com

Attorneys for Defendant,
AFNI, Inc.

## **CERTIFICATE OF SERVICE**

I do hereby certify that, on this 5th day of March, 2009, a copy of the foregoing Stipulated Notice of Dismissal of Claims against Alltel Communications with Prejudice was filed electronically with the Federal Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Gregory R. Farkas
One of the Attorneys for Defendant
Alltel Communications, Inc.